NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (Cal. Bar No. 157582)
Assistant United States Attorney
   Room 7211 Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-6607
   Facsimile: (213) 894-0115

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
MAR 11 2020
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ZAREH BAGHDASARIAN<br><br>    Defendant. | Case No. 2:18-cv-01082-PSG-PJW<br><br>[proposed] ORDER ON STIPULATION TO DISMISS CASE BY REASON OF SETTLEMENT |

ORDER ON STIPULATION

1. Based on the stipulation of the parties and a showing of good cause, this case is dismissed by reason of settlement.

1

2. The Court retains jurisdiction to enforce the terms of the settlement.

Dated: 3/4/2020

HON. PHILIP S. GUTIERREZ
United States District Judge